AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22 PM 12:00
U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| ANTOWAN LEON TAYLOR | ) Case No. 4:19-MJ-173 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANTOWAN LEON TAYLOR,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances
21 U.S.C. § 841(a)(1), (b)(1)(C) - Distribution of controlled substances

Date:   03/22/2019

*Issuing officer's signature*

City and state:   Des Moines, Iowa        Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/2019, and the person was arrested on *(date)* 3/27/2019
at *(city and state)* Des Moines, Iowa

Date: 3/27/2019

*Arresting officer's signature*

TFO Jeff Hinrichs
*Printed name and title*